**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:19CR55** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **CHRISTOPHER D. LONGO,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

      This matter is before the court on the Unopposed Motion to Continue Trial [23]. Counsel needs additional time in order to make further attempts to find a mutually acceptable resolution.  For good cause shown,

      **IT IS ORDERED** that the Motion to Continue Trial [23] is granted, as follows:

1.  The jury trial now set for May 28, 2019, is continued to **July 29, 2019.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 29, 2019**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  May 24, 2019.**

                              **BY THE COURT:**

                              **s/ Susan M. Bazis**
                              **United States Magistrate Judge**